.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DARYL THRASHER,

Defendant.

24 CR 562-01 (NSR)

RESCHEDULING ORDER

NELSON S. ROMÁN, U.S.D.J.:

**Due to a Court scheduling conflict, the IN-PERSON Sentencing is rescheduled from January 16, 2025 until February 6, 2025 at 11:00 am, without objection by the parties, in Courtroom 218**.

Dated: January 16, 2025
White Plains, New York

SO ORDERED.

NELSON S. ROMÁN
United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/16/2025